| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br>NORTHERN DISTRICT OF WEST VIRGINIA | **FILED**<br>JUN 17 2011<br>U.S. DISTRICT COURT<br>MARTINSBURG, WV 25401 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>v.<br><br>THOMAS ALAN JONES,<br>         Defendant. | Criminal No.  3:11CR 35<br><br>Violations:   21 U.S.C. § 841(a)(1)<br>                    21 U.S.C. § 841(b)(1)(C) |

## INFORMATION

The United States Attorney charges that:

<u>COUNT NO. 1</u>

On or about the 10th day of April, 2010, at approximately 1:41 p.m., near Martinsburg, Berkeley County, within the Northern Judicial District of West Virginia, defendant, **THOMAS ALAN JONES,** did unlawfully, knowingly, intentionally and without authority possess with the intent to distribute approximately 126.3 pounds of marijuana, a Schedule I drug controlled substance, designated by Title 21, United States Code, Section 812(c) Schedule I(c)(10); in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

1. Pursuant to Title 21 section 853, upon obtaining a conviction with respect to the Controlled Substance Act offense charged in the Indictment, it is the intention of the United States to seek at sentencing the forfeiture of any property that was used, or intended to be used, to commit or to facilitate the commission of such offense, and any property, real or personal, that constitutes or was derived from proceeds traceable to such offense, including one 1999 Toyota truck, Virginia Registration XLU-7557, VIN 4TAWN72N7XZ509386 and a money judgment in the amount of at least $30,000.00.

2. If any forfeitable property, as a result of any act or omission of a convicted defendant (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek the forfeiture of substitute property up to the value of the forfeitable property described above.

_____
WILLIAM J. IHLENFED, II
UNITED STATES ATTORNEY